# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JAMAL THOMAS

VERSUS

SERGEANT DAVID WARE AND THE
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, ELAYN HUNT
CORRECTIONAL CENTER

NO.  2026 CW 0597

AUGUST 10, 2026

---

In Re:    Jamal Thomas, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 80753.

---

BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.

**WRIT GRANTED WITH ORDER.** The district court's January 16, 2026, January 30, 2026, February 23, 2026 and April 15, 2026 orders are vacated.  Once the district court granted relator an appeal, it no longer had jurisdiction to issue these orders. La. Code Civ. P. art. 2088; see **Mason v. Hedrick,** 2019-113 (La. App. 3d Cir. 4/17/19), 268 So.3d 1074.  This matter is remanded with instructions that the district court proceed with lodging the appellate record with this court pursuant to the district court's order granting the appeal.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT